J-S74004-14

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| MICHAEL MCLEARY | |
| Appellant | No. 1855 EDA 2013 |

Appeal from the Judgment of Sentence Entered June 4, 2013
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0002256-2007

BEFORE:  BENDER, P.J.E., DONOHUE, J., and STRASSBURGER[*], J.

DISSENTING STATEMENT BY STRASSBURGER, J.:**FILED DECEMBER 22, 2014**

I agree with the Majority that the substantial defects in Appellant's brief prevent meaningful appellate review.  Because I believe the proper disposition under these circumstances is dismissal rather than quashal, I respectfully dissent.  **See Bronson v. Kerestes**, 40 A.3d 1253, 1254-55 (Pa. Super. 2012) (Strassburger, J., concurring and dissenting) (noting that our Supreme Court in **Sahutsky v. H.H. Knoebel Sons**, 782 A.2d 996 (Pa. 2001), enumerated the circumstances under which quashal is appropriate, all of which implicated lack of jurisdiction over the appeal; in the absence of those circumstances, dismissal is the appropriate disposition).

---

[*] Retired Senior Judge assigned to the Superior Court.